FILED

DEC 03 2025

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | I N D I C T M E N T |
| Plaintiff, ) | |
| v. ) | CASE NO. 1:25 CR 611 |
| ANTHONY C. HAYES JR., ) | Title 18, United States Code, Sections 2252(a)(2) and 2252A(a)(5)(B) |
| Defendant. ) | |

**JUDGE CALABRESE**

COUNT 1
(Receipt and Distribution of Visual Depictions of Real Minors Engaged in Sexually Explicit Conduct,
18 U.S.C. § 2252(a)(2))

The Grand Jury charges:

1. From on or about September 27, 2024 to on or about October 23, 2025 in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant ANTHONY C. HAYES JR. did knowingly receive and distribute, using any means and facility of interstate and foreign commerce, numerous computer files, which files contained visual depictions of real minors engaged in sexually explicit conduct, and which files had been shipped and transported in and affecting interstate and foreign commerce, as defined in Title 18, United States Code, Section 2256(2), in violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT 2
(Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B))

The Grand Jury further charges:

2. On or about November 7, 2025, in the Northern District of Ohio, Eastern Division, Defendant ANTHONY C. HAYES JR. did knowingly possess an Acer Model VA70, serial number: NXM7QAA001303002FB7200 and an SSD SK Hynix, serial number: CY03N06841100423W that contained child pornography as defined in Title 18, United States Code, Section 2256(8), which child pornography had been shipped and transported in interstate and foreign commerce by any means, including by computer, and which was produced using materials which had been shipped and transported in interstate and foreign commerce by any means, including by computer, and at least one image involved in the offense involved a prepubescent minor or a minor who had not attained 12 years of age, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.